CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED

June 12, 2025

LAURA A. AUSTIN, CLERK
BY:
s/B. McAbee
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
DANVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | Criminal Action No. 4:21-cr-00015 |
| v. | ) | |
| | ) | By:  Elizabeth K. Dillon |
| PIERRE RASHAD PRESTON | ) | Chief United States District Judge |

**ORDER**

Defendant Pierre Rashad Preston has filed a pro se letter motion, which he deems a "Supplemental Emergency Motion for Medical  Injunctive Relief."  (Dkt. No. 73.)  Although his cover letter states that the document is being filed in connection with his "already filed motion for compassionate release," no motion seeking compassionate release has been filed or is pending in his case.  Thus, there is no pending motion to which his latest filing relates.

Furthermore, the assertions in his recent motion allege that he is not receiving adequate medical care from his current Bureau of Prisons facility.  His letter suggests he is housed at Butner's Federal Medical Center in that he asks not to be returned there, but publicly available records state that he is housed at "Butner Medium I FCI."  Inmate Locator function, www.bop.gov/inmateloc/ (last visited June 12, 2025).  His motion acknowledges that he has been evaluated by an outside physician, but Preston claims that the physician "dismissed his symptoms without proper evaluation."  (*Id.* at 1.)

A prisoner's claim challenging the adequacy of medical treatment generally may be brought, if at all, as a civil rights action and must be brought in the district where a prisoner is housed.  Furthermore, a prisoner generally must first exhaust all administrative remedies available through the Bureau of Prisons before filing.  Accordingly, if Preston seeks recovery, including injunctive relief, related to his medical care and treatment, he should file a civil rights

action in the United States District Court for the Eastern District of North Carolina after first exhausting his administrative remedies.

If Preston wants to file a motion seeking a reduced sentence in this case or compassionate release, that motion should be filed in this court.

To the extent the latest filing requests relief from this court, his motion is DENIED WITHOUT PREJUDICE.

The clerk is DIRECTED to provide a copy of this order to all counsel of record and directly to Preston. The Clerk is further DIRECTED to send Preston a copy of the public docket sheet in this case and a blank complaint form for filing a civil rights lawsuit.

Entered: June 12, 2025.

/s/ Elizabeth K. Dillon

Elizabeth K. Dillon
Chief United States District Judge

2