CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED

June 17, 2025

LAURA A. AUSTIN, CLERK
BY:
s/B. McAbee
DEPUTY CLERK



**U.S. Department of Justice**

Federal Bureau of Prisons

*Federal Correctional Complex*

*Federal Correctional Institution I*

P.O. Box 1000
Butner, North Carolina 27509

Date:       November 9, 2023

REPLY TO
ATTN OF:  David Rich, Warden
          FCI I Butner, North Carolina

TO:       PRESTON, Pierre Rashad
          Register Number:  54173-509

Subject:   Reduction in Sentence

This memorandum is in response to your Inmate Request to Staff dated November 2, 2023, in which you requested to be considered for a reduction in sentence under debilitated medical condition criteria.

At this time, you do not meet the guidelines outlined in Program Statement 5050.50, Compassionate Release/Reduction in Sentence: Procedures for Implementation of 18 U.S.C. 3582 (c)(1)(A) and 4205(g), Section 3b., Debilitated Medical Condition. You *do not* have a debilitated medical condition and you are independent in your activities of daily living and your current medical conditions remain under control. Accordingly, your RIS request is denied.

You are receiving appropriate medical care and treatment by Health Services staff. We are committed to providing you with the necessary and appropriate care for your medical needs.