Clerk of Court
U.S. District Court for the Western District of Virginia

Re: Compassionate Release Motion   Pierre R. Preston

Dear Clerk,

Enclosed please find a pro se Motion for Compassionate Release pursuant to 18 U.S.C. § 3582(c)(1)(A), including a Declaration of Exhaustion. This motion contains references to confidential medical history and protected health information.

I respectfully request that the Court file this motion and all related attachments under seal to protect the privacy of my medical records and related sensitive information.

Thank you for your attention to this matter.

Sincerely,

Pierre R. Preston
Reg. No. 54173-509
FCC Butner
Federal Correctional Institution   Camp
P.O. Box 1000
Butner, NC 27509