Preve Preston    54173509

Name:                    Number:
Federal Prison Camp
P.O. Box 1000
Butner, NC 27509

Legal Mail

 

RECEIVED

JUN 17 2025

USDC Clerk's Office
Mail Room

Clerk of Court
U.S. District Court
Western district of Virginia
210 Franklin Road SW, Room 540
Roanoke, VA 24011

File under
sealed

240113220B_C001

FEDERAL CORRECTIONAL INST. #1
P.O. BOX 1000
BUTNER, NORTH CAROLINA 27509

DATE: _____ 6-2-25

"SPECIAL/LEGAL MAIL"

The enclosed letter was processed through special mailing procedures for forwarding to you. The letter has been neither opened or inspected. If the writer raises a question or problem over which this facility has jurisdiction, you may wish to return the material for further information or clarification. If the writer enclosed correspondence for forwarding to another addressee, please return the enclosed to the send or it.