CLERKS OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED

JUN 20 2025

LAURA A. AUSTIN, CLERK
BY: s/ H. MCDONALD
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
DANVILLE DIVISION

UNITED STATES OF AMERICA          )
                                  )          Criminal No. 4:21-CR-00015
v.                                )
                                  )          By: Elizabeth K. Dillon
PIERRE R. PRESTON                 )              Chief United States District Judge

**ORDER TO RESPOND**

Defendant Pierre R. Preston, proceeding *pro se*, filed a motion for a reduction in sentence, which he describes as a motion for compassionate release, pursuant to 18 U.S.C. § 3582(c)(1)(A)(i).  (Dkt. No. 75.)  By separate order, and pursuant to a standing order of this court, the Federal Public Defender was appointed to represent Hernandez Morales.  (Dkt. No. 76.)

Within twenty-one (21) days after entry of this order, the Federal Public Defender is ORDERED to file any supplement to defendant's motion or to file a notice stating it does not intend to supplement the motion.  Following the filing of that notice or any supplement, the government will have twenty-one (21) days to respond.  Any further filing on behalf of the defendant is due no later than fourteen (14) days after the government's response.

The Probation Office and the Clerk of the United States District Court for the Western District of Virginia are authorized to disclose Presentence Investigation Reports, Statement of Reasons, and Judgments to the Federal Public Defender for the purpose of determining eligibility for compassionate release under the First Step Act of 2018 and 18 U.S.C. § 3582.

The clerk is directed to provide notice of this order to all counsel of record.

Entered: June 20, 2025.

/s/ Elizabeth K. Dillon
Elizabeth K. Dillon
Chief United States District Judge