IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
DANVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Docket No.: 4:21CR00015-001 |
| | ) | |
| PIERRE RASHAD PRESTON, | ) | |
| | ) | |
| Defendant. | ) | |

## MOTION FOR EXTENSION OF TIME

Pierre Rashad Preston, through undersigned counsel, respectfully moves this honorable Court to extend filing of the supplemental compassionate release (or First Step Act) motion from July 11, 2025, to August 7, 2025.

This case was assigned to counsel on June 17, 2025. An order to respond was entered with a deadline of July 11, 2025. ECF No. 77. Beginning June 15 through June 27, 2025, counsel was on active duty with the United States Navy JAG Corp, and was unable to speak with Mr. Preston, review case filings, or prepare for his request.

Counsel submitted a release of information for the client to sign on July 1, 2025, which the client has not yet received. Once received, the signed release of information must be sent to the BOP and relevant hospitals to receive necessary medical information and records relevant to any compassionate release motion filed by Mr. Preston.  After speaking with the client and given the depth of the client's medical issues, a competent filing cannot be submitted by the current deadline of July 11, 2025.

WHEREFORE, for the foregoing reasons, and for any other reasons that may appear to the Court, Mr. Preston requests that this motion be granted.

PIERRE RASHAD PRESTON

By /s _____

Beatrice F. Diehl, Esq., Va. Bar
#27906 Assistant Federal Public
Defender 210 First St., SW, Suite
400
Roanoke, VA 24011
Telephone (540) 777-0891
Mobile (540) 525-0779

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing document was electronically filed and

will be forwarded to the Office of the United States Attorney this 8th day of July, 2025.

/s _____