## EXHIBIT A-1 – PURDY STATEMENT ON PYELONEPHRITIS

EXHIBIT A-1 – PURDY STATEMENT ON PYELONEPHRITIS (FEBRUARY 6, 2025)

QUOTE (From Medical Record – Tiffany Purdy, MOUD Nurse Practitioner, 02/06/2025):

"Explained to patient that pain from pyelonephritis even after treatment is common, but at this time he doesn't have signs of recurr

LEGAL ANALYSIS:

1. Acknowledgement of Ongoing Pain:
- Staff confirmed the patient was still experiencing post-treatment kidney pain.
- She correctly attributes the pain to prior diagnosed pyelonephritis.
- Pain described was consistent with ongoing kidney inflammation or recurrence.

2. Unsupported Medical Clearance:
- No labs, imaging, or clinical testing were ordered to verify that infection had resolved.
- Despite the known risk of recurrent UTI and AKI, the patient was denied antibiotics.
- Medical clearance was based solely on verbal assessment, contradicting nephrology orders to monitor for renal deterioration.

3. Evidence of Deliberate Indifference:
- This record shows BOP medical staff knew the patient remained in discomfort.
- They linked the pain to a recent kidney infection.
- Yet they dismissed it without proper evaluation and failed to treat or escalate care.

4. Documentation Used to Justify Denial of Treatment:
- This entry formed the basis to withhold antibiotics or lab follow-up.
- It contradicts TRULINCS logs showing the patient repeatedly asked for help.
- It reflects systemic minimization of medical risk after hospital discharge.

LEGAL CONCLUSION:

This quote is a direct admission of unresolved pain, medical knowledge of risk, and an intentional denial of care. It supports both F

Prepared for record by litigation support – July 2025
Pierre Rashad Preston | Register No. 54173-509 | FCI Butner Low