Exhibit F - Fabricated Anesthesiology Evaluation

Summary:

This exhibit contains direct evidence that medical staff and regional authorities at Butner Federal Correctional Complex (FCC Butner) falsely documented that Pierre Preston was evaluated by anesthesiology on June 24, 2025. In reality, no such evaluation occurred. Mr. Preston was never seen, spoken to, or examined by an anesthesiologist.

Key Facts:

- A July 2, 2025 response to Mr. Preston's Administrative Remedy Regional Appeal-signed by Acting Regional Director Zachary J. Kelton-claims that: "On June 24, 2025, you were evaluated by Anesthesiology for clearance prior to your urology procedure."

- This statement is false. Mr. Preston was never evaluated by anesthesiology on June 24, 2025, or on any other date.

- Mr. Preston submitted a formal electronic request on TRULINCS asking for verification and documentation of this alleged anesthesiology evaluation. In that message, he clearly stated that he has never spoken to or been evaluated by anesthesiology.

- The Bureau of Prisons responded that the anesthesiologist "conducted a chart review on 24June2025" - an internal review of documents, not an actual medical evaluation, exam, or patient consultation.

Implications:

- This constitutes a material misrepresentation of medical care rendered.

- Falsifying the record of a pre-surgical evaluation misleads any future surgical team and puts the patient at further risk.

- It also reveals that regional officials, when responding to formal legal administrative complaints, are perpetuating false or misleading information on the record.

- This is a violation of both constitutional and regulatory medical standards and further strengthens the FTCA and civil rights claims under Bivens.

Included Evidence:

1. July 2, 2025 Administrative Remedy Regional Appeal denial letter signed by Zachary J. Kelton (image)

2. Screenshot of TRULINCS request from Mr. Preston denying any anesthesiology interaction (image)

3. Screenshot of BOP reply confirming only a "chart review" occurred (image)