Exhibit H - Consent Requested for Procedure Based on Falsified Anesthesiology Evaluation

Date of Incident: Thursday, July 25, 2025

Location: Butner Federal Medical Camp

Personnel Involved: Officer Mrs. Bullock, Tiffany Purdy, BOP medical staff

Summary of Events:

- On Thursday, July 25, 2025, Officer Mrs. Bullock approached Pierre Preston at Butner Camp and requested that he sign a consent form for an upcoming medical procedure scheduled for Friday, July 26, 2025.

- This procedure appears to be a urological intervention that, per standard protocol, would require anesthesiology clearance.

- Mr. Preston's medical file currently claims that he was evaluated by anesthesiology on June 24, 2025.

- This is false. No such evaluation ever occurred. Mr. Preston was never seen, examined, or interviewed by an anesthesiologist.

- The BOP later confirmed in writing that the only thing done was a "chart review" - not a patient evaluation.

Legal and Ethical Significance:

- The request for consent based on a falsified medical record constitutes a direct violation of Mr. Preston's right to informed consent.

- If the procedure proceeds under these conditions, it would constitute medical battery and civil rights abuse under the Federal Tort Claims Act and Bivens liability standards.

- This incident confirms that not only was false documentation entered into Mr. Preston's record, but

that BOP is now actively using that false documentation to justify risky procedures.

- The attempt to obtain consent under false pretenses is ethically and legally indefensible and compounds the existing negligence and fraud already documented in Exhibits F and G.