Exhibit J  Call-Out Log Confirms Scheduled Procedure on July 25, 2025

Subject: Pierre Preston

Date of Incident: July 25, 2025

Location: Butner Federal Medical Camp

Summary:

This exhibit documents the official Bureau of Prisons call-out schedule confirming that Pierre Preston was formally scheduled for a medical procedure or appointment at 1700 hours (5:00 PM) on July 25, 2025.

This directly corroborates Mr. Prestons written statement, which explained:

- He was told by staff to return to medical at 1730 (5:30 PM)

- He attempted to confirm the reason for his call-out with Ms. Purdy at 3:15 PM

- Purdy claimed she did not know and did not check, then left the area before the scheduled call-out

Key Implications:

- The call-out entry confirms that the BOP had scheduled Mr. Preston for a procedure despite:

   No valid anesthesiology evaluation

   No informed consent

   His repeated objections and refusal

- Purdys failure to be present for the scheduled call-out demonstrates medical abandonment and procedural negligence

- This record adds further weight to the evidence of falsified records, attempted unauthorized treatment, and deliberate indifference

Prepared for legal use in connection with Mr. Prestons FTCA and civil rights claim.