TRULINCS  54173509 - PRESTON, PIERRE RASHAD 273nit: BUT-F-C

--------------------------------------------------------------------------------

FROM: BUT/Health Systems Administrator
TO: 54173509
SUBJECT: RE:***Inmate to Staff Message***
DATE: 07/14/2025 07:47:02 AM

Submit another request for the labs you are missing.

---

From: ~^! PRESTON, ~^!PIERRE RASHAD <54173509@inmatemessage.com>
Sent: Tuesday, July 8, 2025 6:09 AM
Subject: ***Request to Staff*** PRESTON, PIERRE, Reg# 54173509, BUT-F-C

To:
Inmate Work Assignment: orderly

i sent a request for all of my medical records, labs and anything from outside contractors and everything was sent over except my labs,how does this happen all of my other records that have been sent over have always included this,i notified medical records that same day and the guy came back over here the very next day and didnt call my name that day