FROM: BUT/Health Systems Administrator
TO: 54173509
SUBJECT: RE:***Inmate to Staff Message***
DATE: 07/14/2025 09:27:02 AM

I am in receipt of your correspondence.

From: ~^! PRESTON, ~^!PIERRE RASHAD <54173509@inmatemessage.com>
Sent: Friday, July 11, 2025 11:55 AM
Subject: ***Request to Staff*** PRESTON, PIERRE, Reg# 54173509, BUT-F-C

To:
Inmate Work Assignment: orderly

i was just called down to medical at 11:45 p.m today july 11,2025 for my vitals to be checked wasnt told why and while doing so i notified ms neal that i have pain shooting to my groin,private parts,and bottom,she took my vitals and did nothing sent me back to my cube