TRULINCS 54173509 - PRESTON, PIERRE RASHAD - Unit: BUT-F-C

---

FROM: 54173509
TO:
SUBJECT:
DATE: 07/16/2025 08:12:14 AM

at around 12 am july the 16 th 2025 for count two officers one being jones seen me in the floor balled up holding my abdomen and crying and asked what's wrong i told them that I'm in pain and that i pain shooting to my private parts lower back and bottom he asked did i need medical i responded yes he jones I'm speaking of said he would call the lieutenant and both left and didn't return till about 30 mins later in which they said the lieutenant said to help me up and in the bed and to take Tylenol and go see medical in the morning i laid down for about 2hrs still in pain and asked Michael Griggs to go use the emergency phone and tell them that I'm still in pain in which about 20 mins later they came to my cube and said hey what's going on i stated I'm still in pain and i need help why want anyone help me I'm not doing this just to get out of here in tears i told him man can u call someone i need help he then said hey man we don't have any control over this its up to the lieutenant they left and came back to do count around 3 and stop and told me to follow them up front that an ambulance was on the way,once getting in the ambulance they asked how long has then been going on i said since April at least i wake up everyday in pain and have pain shooting to my private parts constantly,once getting to duke they made me walk off the ambulance into the hospital and wait to get registered and seen once going in the room the doctor walked in and said hey you again i said yea and you're the same person i seen on my last visit that only checked for my kidney infection and uti but i told you i was still in pain and you sent me back to prison in pain and I've been this way ever since,he came back hours later and said that everything looked normal CT scan blood work and urine and i asked officer jones could i speak to the doctor alone and he stated no i cant do that its policy i have to be right here i went on to tell the doctor that another doctor at duke ordered for me to get an cystoscopy and its never been done could they just go ahead and do it instead of deferring to bop he stated they don't do that in the emergency room and gave me my discharge papers once handing them to me i noticed that he requested i go see urologist next week and said to check with medical at fmc before i go see him it was in Durham,officer jones took me back to the fmc for them to check me out and the nurse checked my vitals and said you still in pain i said yes he said what would you rate it i said a 5 he called the doctor and she came and checked me out to and asked what did you go over there for i said pain shooting to my private parts lower back and bottom she said are you still in pain right now i said yes she went looked at the papers and asked the officer jones what did they say he said they said everything looked fine she said well why did they refer him to an urologist for next week and he said i don't know she let me go back to the camp