ADMINISTRATIVE REMEDY REGIONAL APPEAL
PART B - Response

Date Filed: June 16, 2025

Remedy ID No.: 1241553-R1

You appeal the Warden's response to your request for administrative remedy. You allege medical negligence and delays in the provision of appropriate medical care.

A thorough review of your medical records and the documentation submitted with your appeal has been completed. You were recently evaluated on June 2, 2025, for your concerns. You were offered pain medication at this appointment and declined. Appropriate Urology consultations have been placed, and follow-up appointments are scheduled.

On June 24, 2025, you were evaluated by Anesthesiology for clearance prior to your Urology procedure. Due to security concerns, we are unable to disclose the date of your procedure. After the procedure is complete, your providers will determine an appropriate plan of care, based off the recommendations.

You have consistently been provided with timely and appropriate medical care in accordance with Program Statement 6031.05, Patient Care. If you have any health concerns or notice changes in your symptoms, we recommend using the sick call process at your institution.

This is for informational purposes only. If you are dissatisfied with this response, you may appeal to the General Counsel, Federal Bureau of Prisons, 320 First Street, NW, Washington, DC 20534. Your appeal must be received in the General Counsel's Office within 30 days from the date of this response.

JUL 02 2025
_____
Date

Zachary J. Kelton
Acting Regional Director
Mid-Atlantic Region