```
BOP69          *        INMATE DISCIPLINE DATA           *      07-22-2025
PAGE 001 OF 001 *    CHRONOLOGICAL DISCIPLINARY RECORD    *      07:48:48


REGISTER NO: 54173-509 NAME..: PRESTON, PIERRE RASHAD
FUNCTION...: DIS     FORMAT: CHRONO     LIMIT TO ___ MOS PRIOR TO 07-22-2025
                     RSP OF: BUT-BUTNER MED I FCI


-------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 4105782 - SANCTIONED INCIDENT DATE/TIME: 04-23-2025 1033
UDC HEARING DATE/TIME: 04-25-2025 0830
FACL/UDC/CHAIRPERSON.: BUT/6 SCP/(b)(6); (b)(7)(C)
REPORT REMARKS.......: UDC SANCTIONED PRESTON TO 14 DAYS LOSS OF COMMISSARY PRI
                       VILEGES BEGINNING 04-25-2025 REINSTATED 05-11-2025.
   306   REFUSING WORK/PGM ASSIGNMENT - FREQ: 1
         LP COMM    / 14 DAYS / CS
                 FROM: 04-25-2025  THRU: 05-08-2025
         COMP:   LAW:   LOSS OF COMMISSARY BEGINNING 04-25-2025, REINSTATE
                 D 05-11-2025.




G0005      TRANSACTION SUCCESSFULLY COMPLETED - CONTINUE PROCESSING IF DESIRED
```

BOP | FOIA 2025-05604 | PAGE 1 of 9

```
  BOP69  540*23 *           SENTENCE MONITORING          *    07-22-2025
PAGE 001        *           COMPUTATION DATA             *    07:46:17
                            AS OF 07-22-2025


REGNO..: 54173-509 NAME: PRESTON, PIERRE RASHAD


FBI NO...........: MLPE39PAW            DATE OF BIRTH: 05-15-1985  AGE:  40
ARS1.............: BUT/A-DES
UNIT.............: 6 SCP                QUARTERS.....: F06-033L
DETAINERS........: NO                   NOTIFICATIONS: NO

FSA ELIGIBILITY STATUS IS: INELIGIBLE

THE FOLLOWING SENTENCE DATA IS FOR THE INMATE'S CURRENT COMMITMENT.

HOME DETENTION ELIGIBILITY DATE....: 06-27-2028

THE INMATE IS PROJECTED FOR RELEASE: 12-27-2028 VIA GCT REL


---------------------CURRENT JUDGMENT/WARRANT NO: 010 ----------------------

COURT OF JURISDICTION...........: VIRGINIA, WESTERN DISTRICT
DOCKET NUMBER...................: DVAW421CR000015-001
JUDGE...........................: DILLON
DATE SENTENCED/PROBATION IMPOSED: 01-13-2023
DATE COMMITTED..................: 02-23-2023
HOW COMMITTED...................: US DISTRICT COURT COMMITMENT
PROBATION IMPOSED...............: NO


               FELONY ASSESS  MISDMNR ASSESS  FINES        COSTS
NON-COMMITTED.:  $300.00       $00.00         $300.00      $00.00

RESTITUTION...:  PROPERTY:  NO  SERVICES:  NO      AMOUNT:  $00.00

-----------------------CURRENT OBLIGATION NO: 010 -------------------------
OFFENSE CODE....: 391    21:846 SEC 841-851 ATTEMPT

OFF/CHG: 21:846, & 841(B)(1)(C) CONSP TO DISTR & PWITD METH, ITS SALTS,
         ISOMERS, OR SALTS OF ITS ISOMERS, A SCH II CONTROLLED SUB
         CT 1; 21:841(A) & 841(B)(1)(C) PWITD & DISTR COC, A SCH II
         CONTROLLED SUB, MJ, A SCH I CONTROLLED SUB, & METH, A SCH II
         CONTROLLED SUB CT 4

  SENTENCE PROCEDURE.............: 3559 PLRA SENTENCE
  SENTENCE IMPOSED/TIME TO SERVE.:    24 MONTHS
  TERM OF SUPERVISION............:     3 YEARS




G0002       MORE PAGES TO FOLLOW . . .
```

```
 BOP69  540*23 *         SENTENCE MONITORING            *    07-22-2025
PAGE 002       *           COMPUTATION DATA             *    07:46:17
                          AS OF 07-22-2025


 REGNO..: 54173-509 NAME: PRESTON, PIERRE RASHAD


 RELATIONSHIP OF THIS OBLIGATION
   TO OTHERS FOR THE OFFENDER....: C/S TO OBLG 020
 DATE OF OFFENSE................: 07-07-2021


------------------------CURRENT OBLIGATION NO: 020 -------------------------
OFFENSE CODE....:  130    18:924(C) FIREARMS LAWS        FSA INELIGIBLE

OFF/CHG: 18:924(C)(1)(A) POSSESSION OF A FIREARM IN FURTHERANCE OF A
         DRUG TRAFFICKING CRIME CT 5

 SENTENCE PROCEDURE.............: 3559 PLRA SENTENCE
 SENTENCE IMPOSED/TIME TO SERVE.:   60 MONTHS
 TERM OF SUPERVISION............:    3 YEARS
 RELATIONSHIP OF THIS OBLIGATION
   TO OTHERS FOR THE OFFENDER....: C/S TO OBLG 010
 DATE OF OFFENSE................: 07-07-2021

------------------------CURRENT COMPUTATION NO: 010 ------------------------

COMPUTATION 010 WAS LAST UPDATED ON 02-08-2023 AT DSC AUTOMATICALLY
COMPUTATION CERTIFIED ON 02-15-2023 BY DESIG/SENTENCE COMPUTATION CTR

THE FOLLOWING JUDGMENTS, WARRANTS AND OBLIGATIONS ARE INCLUDED IN
CURRENT COMPUTATION 010: 010 010, 010 020

DATE COMPUTATION BEGAN..........: 01-13-2023
AGGREGATED SENTENCE PROCEDURE...: AGGREGATE GROUP 800 PLRA
TOTAL TERM IN EFFECT............:   84 MONTHS
TOTAL TERM IN EFFECT CONVERTED..:    7 YEARS
AGGREGATED TERM OF SUPERVISION..:    3 YEARS
EARLIEST DATE OF OFFENSE........: 07-07-2021

JAIL CREDIT....................:   FROM DATE     THRU DATE
                                   07-07-2021    07-09-2021




G0002       MORE PAGES TO FOLLOW . . .
```

```
BOP69  540*23 *           SENTENCE MONITORING              *     07-22-2025
PAGE 003 OF 003 *           COMPUTATION DATA               *     07:46:17
                            AS OF 07-22-2025
```

REGNO..: 54173-509 NAME: PRESTON, PIERRE RASHAD


```
TOTAL PRIOR CREDIT TIME.........: 3
TOTAL INOPERATIVE TIME..........: 0
TOTAL GCT EARNED AND PROJECTED..: 378
TOTAL GCT EARNED................: 108
STATUTORY RELEASE DATE PROJECTED: 12-27-2028
ELDERLY OFFENDER TWO THIRDS DATE: 09-10-2027
EXPIRATION FULL TERM DATE.......: 01-09-2030
TIME SERVED.....................:     2 YEARS      6 MONTHS     13 DAYS
PERCENTAGE OF FULL TERM SERVED..:  36.1
PERCENT OF STATUTORY TERM SERVED:  42.4

PROJECTED SATISFACTION DATE.....: 12-27-2028
PROJECTED SATISFACTION METHOD...: GCT REL
```

```
S0055      NO PRIOR SENTENCE DATA EXISTS FOR THIS INMATE
```

```
 BOP69  531.01 *                 INMATE HISTORY              *     07-22-2025
 PAGE 001 OF 001 *                  WRK DETAIL               *     07:47:20


 REG NO..: 54173-509 NAME....: PRESTON, PIERRE RASHAD
 CATEGORY: WRK        FUNCTION: PRT          FORMAT:

 FCL    ASSIGNMENT DESCRIPTION                   START DATE/TIME STOP  DATE/TIME
 BUT    HAT ORD E  HATTERAS UNIT EAST ORDERLY    07-16-2025 0709 CURRENT
 BUT    HAT ORD E  HATTERAS UNIT EAST ORDERLY    06-06-2025 1032 07-16-2025 0357
 BUH    UNASSG     NO WORK ASSIGNMENT            06-06-2025 0702 06-06-2025 1003
 BUT    HAT ORD E  HATTERAS UNIT EAST ORDERLY    06-03-2025 1320 06-06-2025 0642
 BUH    UNASSG     NO WORK ASSIGNMENT            06-03-2025 0747 06-03-2025 1310
 BUT    HAT ORD E  HATTERAS UNIT EAST ORDERLY    04-22-2025 1329 06-03-2025 0701
 BUT    CAMP EMERG EMERGENCY WORK POOL           04-22-2025 1329 05-29-2025 0741
 BUH    UNASSG     NO WORK ASSIGNMENT            04-22-2025 0738 04-22-2025 1250
 BUT    HAT ORD E  HATTERAS UNIT EAST ORDERLY    03-15-2025 0627 04-22-2025 0704
 BUT    CAMP EMERG EMERGENCY WORK POOL           03-15-2025 0627 04-22-2025 0704
 BUT    HAT ORD E  HATTERAS UNIT EAST ORDERLY    02-28-2025 1301 03-15-2025 0143
 BUT    CAMP EMERG EMERGENCY WORK POOL           02-28-2025 1301 03-15-2025 0143
 BUH    UNASSG     NO WORK ASSIGNMENT            02-28-2025 0801 02-28-2025 1241
 BUT    HAT ORD E  HATTERAS UNIT EAST ORDERLY    02-24-2025 1310 02-28-2025 0708
 BUT    CAMP EMERG EMERGENCY WORK POOL           02-24-2025 1310 02-28-2025 0708
 BUT    HAT ORD E  HATTERAS UNIT EAST ORDERLY    02-17-2025 1720 02-20-2025 2057
 BUT    CAMP EMERG EMERGENCY WORK POOL           02-17-2025 1720 02-20-2025 2057
 BUT    HAT ORD E  HATTERAS UNIT EAST ORDERLY    02-09-2025 1430 02-13-2025 0059
 BUT    CAMP EMERG EMERGENCY WORK POOL           02-09-2025 1430 02-13-2025 0059
 BUT    HAT ORD E  HATTERAS UNIT EAST ORDERLY    02-03-2025 0203 02-05-2025 1902
 BUT    CAMP EMERG EMERGENCY WORK POOL           02-03-2025 0203 02-05-2025 1902
 BUH    UNASSG     NO WORK ASSIGNMENT            02-02-2025 2317 02-03-2025 0201
 BUT    HAT ORD E  HATTERAS UNIT EAST ORDERLY    01-14-2025 1415 02-02-2025 2300
 BUT    CAMP EMERG EMERGENCY WORK POOL           01-14-2025 1415 02-02-2025 2300
 BUT    HAT ORD E  HATTERAS UNIT EAST ORDERLY    03-14-2023 1752 01-10-2025 1021
 BUT    CAMP EMERG EMERGENCY WORK POOL           03-25-2024 1242 01-10-2025 1021
 BUT    AO COMP C  CAMP A & O COMPLETE           03-09-2023 1115 03-14-2023 1752
 BUT    AO PEND C  CAMP A & O                    02-23-2023 1404 03-09-2023 1115




 G0000        TRANSACTION SUCCESSFULLY COMPLETED
```

```
 BOP69          *        INMATE EDUCATION DATA          *      07-22-2025
PAGE 001 OF 001 *                 TRANSCRIPT            *      07:46:52


REGISTER NO: 54173-509    NAME..: PRESTON                      FUNC: PRT
FORMAT.....: TRANSCRIPT    RSP OF: BUT-BUTNER MED I FCI


--------------------------- EDUCATION INFORMATION ---------------------------
FACL ASSIGNMENT DESCRIPTION                    START DATE/TIME STOP DATE/TIME
BUT   ESL HAS    ENGLISH PROFICIENT            02-27-2023 1219 CURRENT
BUT   GED HAS    COMPLETED GED OR HS DIPLOMA   02-27-2023 1219 CURRENT


--------------------------- EDUCATION COURSES  ---------------------------
SUB-FACL   DESCRIPTION                     START DATE  STOP DATE EVNT AC LV  HRS
BUT SCP M  MIND SET-UB                     01-24-2025 02-13-2025  P   C  P     8
BUT SCP M  ECOLOGY                         05-30-2024 06-24-2024  P   C  P     8
BUT SCP M  EMPLOYMENT CAREER - UNIT BASED  04-26-2024 05-14-2024  P   C  P     8
BUT SCP M  NUTRITION                       02-22-2024 03-22-2024  P   C  P     8
BUT SCP M  CUBAN MISSILE CRISIS-UB         01-18-2024 02-07-2024  P   C  P     8
BUT SCP M  MIND SET-UB                     12-06-2023 12-22-2023  P   C  P     8
BUT SCP M  CIVIL WAR - UNIT BASED          11-06-2023 12-02-2023  P   C  P     8
BUT SCP M  MATH SKILLS UNIT BASED          10-03-2023 10-19-2023  P   C  P     8
BUT SCP M  BUSINESS-UB                     10-03-2023 10-19-2023  P   C  P     8
BUT SCP M  S-SERVSAVE FOOD HAND CERT       08-23-2023 10-13-2023  P   C  P     4
BUT SCP M  ALTERNATIVE ENERGY              08-22-2023 09-11-2023  P   C  P     8
BUT SCP M  POETRY - UNIT BASED             07-24-2023 08-08-2023  P   C  P     8
BUT SCP M  DRUG ABUSE EDUCATION IN CHAPEL  06-22-2023 06-29-2023  P   C  P    12
BUT SCP M  SOLAR SYSTEM - UNIT BASED       05-22-2023 06-09-2023  P   C  P     8
BUT SCP M  FINANCIAL LITERACY- UNIT BASED  04-18-2023 05-22-2023  P   C  P     8
BUT SCP M  GREEN LIVING-UB                 03-06-2023 04-03-2023  P   C  P     8
```

```
G0000        TRANSACTION SUCCESSFULLY COMPLETED
```

```
 BOP69  531.01 *              INMATE HISTORY              *      07-22-2025
PAGE 001 OF 001 *                PSYCH TRMT                *      07:48:06


  REG NO..: │54173-509│NAME....: PRESTON, PIERRE RASHAD
  CATEGORY: │PTP│       FUNCTION: │DIS│      FORMAT: │            │


FCL   ASSIGNMENT DESCRIPTION                   START DATE/TIME STOP  DATE/TIME
BUT   RSW WAIT   RESOLVE WORKSHOP WAITING      04-07-2023 1400 CURRENT




G0005        TRANSACTION SUCCESSFULLY COMPLETED - CONTINUE PROCESSING IF DESIRED
```

```
BOP69  531.01 *              INMATE HISTORY              *     07-22-2025
PAGE 001 OF 001 *              PT OTHER                  *     07:47:52


REG NO..:  54173-509  NAME....:  PRESTON, PIERRE RASHAD
CATEGORY:  PTO         FUNCTION:  DIS      FORMAT:


FCL    ASSIGNMENT DESCRIPTION                  START DATE/TIME STOP  DATE/TIME
BUT    OCP EDU W  OCCUPATIONAL EDUC WAITLIST   03-24-2023 1252 05-20-2025 1411
```

```
G0005        TRANSACTION SUCCESSFULLY COMPLETED - CONTINUE PROCESSING IF DESIRED
```

```
 BOP69  531.01  *              INMATE HISTORY                *      07-22-2025
PAGE 001 OF 001 *                DRUG PGMS                   *      07:47:36


   REG NO..: 54173-509 NAME....: PRESTON, PIERRE RASHAD
   CATEGORY: DRG        FUNCTION: DIS      FORMAT:


 FCL    ASSIGNMENT DESCRIPTION                     START DATE/TIME STOP  DATE/TIME
 BUT    DAP NO INT DRUG ABUSE PROGRAM NO INTEREST  09-18-2024 1249 CURRENT
 BUT    ED COMP    DRUG EDUCATION COMPLETE         06-29-2023 0755 CURRENT
 BUT    NR FAIL    NRES DRUG TMT/FAIL              09-07-2023 1204 CURRENT
 BUT    DAP DIAG   DRUG ABUSE DIAGNOSIS PENDING    03-30-2023 1502 09-18-2024 1249
 BUT    NR PART    NRES DRUG COUNSEL PARTICIPANT   08-28-2023 0631 09-07-2023 1204
 BUT    NR WAIT    NRES DRUG TMT WAITING           03-08-2023 0712 08-28-2023 0631
 BUT    ED PART R  DRUG EDUCATION PARTICIPNT-REQD  06-22-2023 1123 06-29-2023 0755
 BUT    ED WAIT RJ DRUG EDUCATION WAIT-RQ JUDREC   03-30-2023 1506 06-22-2023 1123
 BUT    DAP REFER  DRUG ABUSE PROGRAM REFER        03-03-2023 1050 03-08-2023 0712




 G0005       TRANSACTION SUCCESSFULLY COMPLETED - CONTINUE PROCESSING IF DESIRED
```