# Exhibit J-7 - July 16, 2025: Emergency Pain Report Ignored + Nurse Questions Discharge

Declaration of Pierre Rashad Preston | Reg. No. 54173-509 | Butner Federal Prison Camp

On July 16, 2025, at approximately 8:12 AM, I submitted a TRULINCS message reporting that I had experienced severe, escalating abdominal and groin pain the night before. I was on the floor in tears holding my abdomen. Pain was shooting to my lower back, anus, and testicles. I told multiple officers I needed medical attention. Officer Jones saw me on the floor. Another officer helped me up. The lieutenant was notified, and I was told to wait until the morning.

I laid in pain for two hours before being taken to medical. I reported to the doctor that I had previous kidney infection findings and that Duke had recommended a cystoscopy. The doctor told me everything 'looked normal' and offered no treatment, saying I would be referred to FMC to see urology next week.

When I returned to the nurse, she asked me directly:

"If they found nothing, then why are they referring you to a urologist next week?"

This statement shows even the medical staff at Butner are questioning the assessment I received, and that they recognize I am still in pain and need further care. I was sent back to my unit with no treatment, no pain medication, and ongoing symptoms.

This episode is another example of the medical department delaying or denying treatment for escalating and unresolved kidney or urinary issues. Despite ongoing pain, vomiting, abnormal urination, and confirmed infection history, I continue to receive no diagnostic follow-up, imaging, or intervention.

Submitted as evidence of deliberate indifference and medical neglect for compassionate release and FTCA evaluation.