To Whom It May Concern,

My name is Anthony Estes, and I'm the uncle of Pierre Preston. This letter is hard to write only because it's full of emotion--but the truth is simple: Pierre has value. He has learned. He has changed. And he deserves a chance to show it.

My nephew has been through hell. The medical neglect, the pain, the emotional toll--it would've crushed many men. But Pierre used that pain as fuel. He's talked to me about his goals: earning his contractor license, mentoring the next generation, being a provider and protector. That's not someone who's lost. That's someone ready.

I don't see a danger in Pierre--I see potential. I see a young man who has made mistakes but now wants to make a difference. And I stand behind him.

With love and hope,

Anthony Estes

To Whom It May Concern,

My name is Antionette Costello, and I am the proud aunt of Pierre Preston. I write this letter with deep emotion, love, and unwavering support for my nephew, who I have watched grow, struggle, learn, and fight with more dignity than most people will ever know.

Pierre is not a threat to the community--he is a blessing to it waiting to be released.

His life is a testimony in progress. I have seen how deeply he regrets his past and how committed he is to using his experience to uplift others. He talks about helping youth, starting a business, and rebuilding--not just his life, but the lives of others who may be headed down the same road he once traveled.

As a family, we are heartbroken over the pain he's suffered medically--knowing he was hospitalized so many times and told he might need dialysis, all without us being able to hold his hand or comfort him. That's something no human should face alone.

Please understand, Pierre has grown. His spirit is not bitter--it's wiser. He is humble, reflective, and ready to give something back. And we are ready to surround him with support, love, and structure so he can do just that.

Thank you for considering the full weight of who my nephew is--not just where he's been.

With love and respect,

Antionette Costello

To Whom It May Concern,

My name is Clearance Smith, and I am the stepfather of Pierre Preston. But to me, he's more than that--he's my son. I've been part of his life for years, and I've watched him grow from a troubled young man into someone wiser, humbled, and determined to do better. Pierre has always had a good heart, but life threw some hard punches his way--and he made choices that led him to this point. But I believe in second chances, especially when a man proves he's ready for one. And Pierre has proven that. What he's been through medically, emotionally, and spiritually has changed him. I've spoken to him. I've heard it in his voice. He wants to come home and make a difference, not excuses.

He has talked to me about his goals--earning his general contractor license, starting a business, mentoring young men, and being the kind of leader he didn't always have. That's the kind of vision that can change communities. That's the kind of man who deserves to be heard, not left behind.

Pierre is not a danger to society. He's a man who's been broken by the system but refuses to stay broken. The pain, the hospital visits, the fear of dying in prison--he's lived it. And through it all, he's kept fighting, kept believing, and kept preparing for something greater.

As his stepfather, I stand with him. I support his release. And I will be here when he comes home--to encourage him, guide him, and make sure he succeeds.

Thank you for considering his life beyond the sentence.

Respectfully,

Clearance Smith

To Whom It May Concern,

My name is Harry Estes, and I am the father of Pierre Preston. I've lived long enough to see people change, and I can say without hesitation: my son has changed.

He's been through more than most--physically, mentally, spiritually. The hospitalizations, the untreated infections, the fear of dialysis... these things didn't break him. They shaped him. He's no longer just surviving--he's growing into a man of purpose.

Pierre is not a threat to the public. If anything, he's an asset in waiting. He's focused on building a business, helping at-risk kids, and showing that redemption is possible. He talks to me about responsibility, structure, faith. I've never heard him speak like that before.

He deserves a second chance. And I'll be here--his father, his supporter--to walk beside him when he gets it.

Thank you for considering his life, not just his past.

Respectfully,

Harry Estes

To Whom It May Concern,

My name is Kathy Preston, and I am Pierre Preston's mother. Writing this is not easy, but it comes from the deepest place of truth a mother can speak from. I know my son. I know his heart. And I know the strength it has taken for him to keep fighting through this unimaginable pain and injustice.

Pierre is not the same man he was. The time, the reflection, and the medical trauma he has suffered have changed him at his core. He is not a danger to society--he is someone who can help heal it. He wants to earn his contractor's license, open a business, and use his story to steer young people away from mistakes he made.

As his mother, I've cried knowing my son has been in the hospital, told he might need dialysis, and gone through this all alone. I've prayed for his healing--not just physically, but spiritually. And I believe that healing is happening.

Please believe me when I say: Pierre is ready to come home. He is ready to live a different life. And we are ready to walk that journey with him.

Sincerely,

Kathy Preston