Pierre Preston

Reg. No: 54173-509

[Facility Name]

[Facility Address]


[Date]

Honorable Judge K. Dillon

[United States District Court Address]


RE: Release Plan Statement


Dear Judge Dillon,

I come before you today with humility, deep reflection, and hope in my heart. I fully understand and accept that accountability was a necessary part of my journey. You made a decision with justice and responsibility in mind, and I have done my best to honor that every day. But I write to you now because something has gone far beyond the sentence— into neglect, inhumanity, and serious danger to my health and life.

Since January, I have been hospitalized five times. I've endured acute kidney injuries, untreated infections, severe abdominal and flank pain, and worsening medical complications that have not been properly addressed. Most recently, a doctor reviewed my records and stated in writing that I was never treated for pyelonephritis, a serious kidney infection. That truth shattered me. I've had moments where I felt like I wouldn't survive. And along with my physical decline, I've battled depression and hopelessness no human being should have to face behind these walls—especially with no family by my side to support me during those critical moments.

Your Honor, I don't believe you sentenced me to suffer like this—or to risk death in custody from treatable and ignored medical conditions. I believe your intent was justice, not punishment through pain. And that's why I'm asking you today to consider my release plan—not only to recover, but to rebuild my life with purpose.

Despite what I've gone through, I've refused to give up. I've grown spiritually and mentally. Once I'm medically stable, I plan to pursue and obtain my general contractor's license and

open a business that not only rebuilds homes—but rebuilds lives. I want to mentor at-risk youth, speak to them directly, and offer them a living example that it's never too late to choose a better path. My mistakes don't define me—my actions now do.

I also have family who needs me—emotionally, physically, and financially. I want to be a presence in their lives, a provider, a positive example. I want to offer healing where there's been hurt, and stability where there's been struggle.

I am prepared to comply with any and all conditions of supervision the Court sees fit to impose upon my release.

I ask you today to see the totality of my journey—not just the mistakes of my past, but the suffering I've endured, the growth I've embraced, and the impact I'm committed to making if granted the opportunity.

With deepest respect and sincerity,
Pierre Preston
Reg. No: 54173-509