I thought about everything I've been through from a child until now and honestly I can say it's been a journey. I had to learn to survive and that meant at times doing wrong when it felt like no option. I've been real low at points in my life where all I wanted was death-an easy choice when you're suffering-but I continued to get up everyday with hope that today could be the day where it would be life changing, so great that it would shift the financial dynamics in my blood line.

I don't want my nieces and nephews or godson or anyone I love to have to feel like doing wrong is an option.

I always knew I was coming to prison, I just didn't know when. I look back on it all and have memories that crush me: watching my dad cry, seeing me in handcuffs and chains. I've never seen him cry before. That broke me. I realized my actions effected everyone I loved, not just me. I knew that's why I held off on having children of my own-I wanted to be there for every step in they journey, be someone they could count on.

I remember, your honor, you saying that you had no doubt this would be my first and last time I see you, and that I would go on to do some great things. I've grown as a person. I've found what I want to do: get my contractor license and help kids at risk. It had to start with us for things to change. These last 8 months have humbled me, broke me, left me questioning right and wrong, my faith.

I've had to sit in a hospital and hear I might die due to my kidneys failing. And if they have to try and save my life, can they put me on dialysis? I was so scared. I had no one to ask what should I do. I couldn't ask my mom, girlfriend, aunt-no one. The officer that was there with me put his head down when I looked at him. I signed the paper and rolled over and cried.

I thought to myself: these people are going to kill me. My family will only hear I passed away not knowing the truth. I've laid in my bed in so much pain feeling hopeless, apologizing to God, saying

I'm sorry for whatever I've done-but please make this stop. Please stop letting them do this to me. I asked God to take my life in order for the suffering to stop. But He didn't listen to me. Instead, He carried me, made me get up and fight-but also made me see what really is important: family, your time, and peace.

I've been humbled by this experience. You're right-this is my first and last. I'm not the man I was coming to prison. I've grown and changed, and I pray you see it through my words and feel my pain and give me the second chance at life you thought I would make the most of. I pray you grant me compassionate release. Let me go home, get help with my health, rebuild my life the right way, show you that your gut was right about me.

I said it at sentencing and I'm saying it now: I'm ok with whatever you decide.

Thank you, Mrs. Dillon, for saving my life. I owe you.