**UNITED STATES DISTRICT COURT WESTERN
DISTRICT OF VIRGINIA
DANVILLE DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| **v.** | : | **Case No. 4:21-CR-00015** |
| | : | |
| **PIERRE RASHAD PRESTON** | : | |

### DEFENDANT'S MOTION TO SEAL

Pierre Preston, by and through counsel, respectfully requests this Court seal Exhibit 1 and 3 of his Supplemental compassionate release motion.

These exhibits include substantial private health information that are not feasible to redact. Besides diagnoses, symptoms, private medical communication, etc, personally identifiable information such as Mr. Preston's birthday, social security, and other identifiers are included in this information.

The sensitive and confidential nature of all of this information and the privacy interests of the defendant significantly outweigh the public's interest in accessing this information. Accordingly, Mr. Preston respectfully requests that this information be maintained under seal.

Respectfully Submitted,

Pierre Preston
By Counsel

**Beatrice F. Diehl**
Assistant Federal Public Defender
Florida State Bar # 0124667
Attorney for the defendant
Federal Public Defender's Office
210 First Street, SW, Suite 200
Roanoke, VA, 24011

Telephone: (540) 777-0891
beatrice_diehl@fd.org

CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing document was electronically filed and will be forwarded to the Assistant United States Attorney, this 7th day of August, 2025.

*Beatrice Diehl*

2