**IN THE UNITED STATES
DISTRICT COURT FOR
THE WESTERN
DISTRICT OF VIRGINIA
ROANOKE DIVISION**

**UNITED STATES OF AMERICA**

    **v.**                                          **Case No: 4:21-CR 00015**

**PIERRE RASHAD PRESTON,**
   **Defendant.**

## SUPPLEMENT TO MOTION & MOTION TO REDACT EXHIBITS

Mr. Preston requests the Court consider two additional exhibits as supplements to his motion for compassionate release. (ECF No. 81). These exhibits support his claim that he has an extraordinary and compelling reason for early release.

He respectfully requests that the Court seal these exhibits as they contain private medical information, which is confidential, and Mr. Preston's privacy interests substantially outweigh the public's interest in accessing such supplemental exhibits.

Respectfully submitted,

PIERRE PRESTON
By Counsel

Asst. Federal Defender
Florida State Bar No. 0124667
Assistant Federal Public Defender
Office of the Federal Public Defender
 for the Western District of Virginia

1

210 First Street, SW, Suite 400
Roanoke, Virginia 24011

Telephone (540) 777-0891

## CM/ECF CERTIFICATE OF SERVICE

I certify that on August 20, 2025, a true copy of the foregoing was electronically filed with the clerk of the court using said court's CM/ECF electronic filing system and that to my knowledge and belief this document will be counsel of record.
electronically sent to these individuals:

_Beatrice Diehl_

3

1