**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF VIRGINIA**
**DANVILLE DIVISION**

UNITED STATES OF AMERICA        :
                                  :

v.                                  :        Case No. 4:21-CR-15
                                  :
                                  :

PIERRE R. PRESTON            :

## <u>MOTION TO EXTEND TIME TO RESPOND</u>

The United States of America, by counsel, respectfully moves this Court for an extension of twenty-eight days to respond to Defendant's Amended Motion for Compassionate Release.

The Defendant filed his initial Motion for Compassionate Release on June 17, 2025. ECF No. 75. Counsel for the Defendant sought and obtained an extension to supplement the Motion. ECF No. 78. The Defendant filed his Amended Motion for Compassionate Release on August 7, 2025. ECF No. 81. Pursuant to the Court's order, the Government could file any response within 21 days. Order, ECF No. 77. The Defendant's submission included fifteen exhibits. ECF No. 81. On August 20, 2025, the Defendant filed a supplement to his Motion which added two additional exhibits. ECF No. 84.

The United States requires additional time to review and respond to the Defendant's Amended Motion and exhibits, including the two additional exhibits. Undersigned counsel attempted to contact counsel for the Defendant to determine his position on the extension, but has not yet heard their position.

For these reasons, the United States seeks additional time to respond and requests an extension of twenty-eight days until, September 25, 2025.

Respectfully submitted,

ROBERT N. TRACCI
Acting United States Attorney

/s/ Sean M. Welsh
Sean M. Welsh
VA Bar No. 89660
Assistant United States Attorney
United States Attorney's Office
255 West Main Street, Room 130
Charlottesville, VA 22902
Tel:  434.293.4283
Sean.Welsh@usdoj.gov

CERTIFICATE OF SERVICE

I certify on Thursday, August 28, 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to counsel for the defendant.

/s/ Sean M. Welsh

2