PRESS FIRMLY TO SEAL



FSC
MIX
Board
FSC™ C116916



PAPER
POUCH

how2recycle.info

PRES

This package is made from post-consumer waste. Please recycle - again.

1101

# PRIORITY MAIL EXPRESS®

## FLAT RATE ENVELOPE
ONE RATE ■ ANY WEIGHT

To schedule free Package Pickup,
scan the QR code.



USPS.COM/PICKUP



PS10001000006



UNITED STATE
POSTAL SERVIC

**CUSTOMER USE ONLY**

FROM: (PLEASE PRINT)                    PHON

Mr. Pierre R. Pr
4907 Parrish Br
Midlothian Va.

**DELIVERY OPTIONS (Customer Use Only**

☐ SIGNATURE REQUIRED Note: The mailer mus
Requires the addressee's signature; OR 2) Purchases add
Purchases Return Receipt service. If the box is not checked
mail receptacle or other secure location without attempting
Delivery Options
  ☐ No Saturday Delivery (delivered next busines
  ☐ Sunday/Holiday Delivery Required (additiona
  *Refer to USPS.com® or local Post Office™ fo

TO: (PLEASE PRINT)                     PHON

Honorable Elizabeth
United states Dist
Western District o.
210 Franklin Rd. S
Roanoke Va. 240
ZIP + 4® (U.S. ADDRESSES ONLY)

2  4  0  1  1

■ For pickup or USPS Tracking™, visit USP
■ $100.00 insurance included.



⇐ PEEL FROM THIS

EP13F October 2023
OD: 12 1/2 x 9 1/2

Retail



U.S. POSTAGE PAID
PME
MIDLOTHIAN, VA 23112
SEP 19, 2025

SS FIRMLY TO SEAL



24011

**$31.40**

RDC 07

S2324M501688-12

## PRIORITY MAIL EXPRESS®



EI 419 262 636 US

NE ( 864 ) 433-9403

eston

anch Rd

23112

**RECEIVED**

SEP 22 2025

USPC Clerk's Office
Mail Room

PAYMENT BY ACCOUNT (if applicable)

| USPS® Corporate Acct. No. | Federal Agency Acct. No. or Postal Service™ Acct. No. |
|---|---|

**ORIGIN (POSTAL SERVICE USE ONLY)**

| | ☐ 1-Day | ☐ 2-Day | | ☐ Military | ☐ DPO |
|---|---|---|---|---|---|

check the "Signature Required" box if the mailer: 1)
itional insurance; OR 3) Purchases COD service; OR 4)
the Postal Service will leave the item in the addressee's
to obtain the addressee's signature on delivery.

s day)
fee, where available*)
availability.

(   )_____
K. Dillion
t Court
Virginia
N Room 540

_____  ____
om or call 800-222-1811.

| PO ZIP Code | Scheduled Delivery Date (MM/DD/YY) | Postage |
|---|---|---|
| 23112 | 9/23/25 | $ 31.40 |

| Date Accepted (MM/DD/YY) | Scheduled Delivery Time | Insurance Fee | COD Fee |
|---|---|---|---|
| 9/19/25 | ☐ 6:00 PM | $ | $ |

| Time Accepted | | Return Receipt Fee | Live Animal Transportation Fee |
|---|---|---|---|
| 4:59 ☐ AM ☑ PM | | $ | $ |

| Special Handling/Fragile | Sunday/Holiday Premium Fee | Total Postage & Fees |
|---|---|---|
| $ | $ | 31.40 |

| Weight ☐ Flat Rate | Acceptance Employee Initials | |
|---|---|---|
| 3.20 lbs. ozs. | NL | $ |

**DELIVERY (POSTAL SERVICE USE ONLY)**

| Delivery Attempt (MM/DD/YY) | Time | Employee Signature |
|---|---|---|
| | ☐ AM ☐ PM | |
| Delivery Attempt (MM/DD/YY) | Time ☐ AM ☐ PM | Employee Signature |

LABEL 11-B, MAY 2021          PSN 7690-02-000-9996

ORNER





PAPER
OUCH





## UNITED STATES POSTAL SERVICE®

This packaging is the property of the U.S. Postal Service® and is provided solely for use in sending Priority Mail Express® shipments. Misuses may be a violation of federal law. This package is not for resale. EP13F © U.S. Postal Service; October 2023; All rights reserved.



# UNITED STATES
# POSTAL SERVICE®

**PR**

**EX**



# FLAT RATE ENVELOPE
## ONE RATE ■ ANY WEIGHT

To schedule free Package Pickup,
scan the QR code.



USPS.COM/PICKUP

# VISIT US AT USPS.COM®
## ORDER FREE SUPPLIES ONLINE



PS10001000006

**EP13F October 2023**
OD: 12 1/2 x 9 1/2

G

For Domestic shipments, the maximum weight is 70 lbs

**PRIORITY MAIL EXPRESS®**

**GUARANTEED\* ▪ TRACKED ▪ INSURED**

For international shipments, the maximum weight is 20 lbs.

Mr. Pierra R. Thiston
4907 Parrish Branch Rd
Midlothian Va. 23112

Honorable B
United Stat
Westeen Dis
210 Franklin
Roanoke , Va

Elizabeth  K. Dillion
es District Court
trict of Virginia
Rd. SW, Room 540
24011