
FSC
MIX
Board
FSC™ C116916


PAPER POUCH
how2recycle.info

PRESS FIRMLY TO SEAL

PRES

1101

# PRIORITY MAIL EXPRESS®


**UNITED STATE POSTAL SERVIC**

**CUSTOMER USE ONLY**

**FROM:** (PLEASE PRINT)    PHON

Mr. Pierre R. Pr
4907 Parrish Br
Midlothian Va.

**DELIVERY OPTIONS (Customer Use Only**

☐ **SIGNATURE REQUIRED** *Note:* The mailer mus
Requires the addressee's signature; OR 2) Purchases add
Purchases Return Receipt service. If the box is not checked
mail receptacle or other secure location without attempting
**Delivery Options**
  ☐ No Saturday Delivery (delivered next busines
  ☐ Sunday/Holiday Delivery Required (additiona
  *Refer to USPS.com® or local Post Office™ fo

**TO:** (PLEASE PRINT)    PHON

Honorable Elizabeth
United stats Dist
Western District o
210 Franklin Rd. S
Roanoka Va. 240

ZIP + 4® (U.S. ADDRESSES ONLY)

2  4  0  1  1

■ For pickup or USPS Tracking™, visit USP
■ $100.00 insurance included.


⇐ **PEEL FROM THIS**

## FLAT RATE ENVELOPE

ONE RATE ■ ANY WEIGHT

To schedule free Package Pickup,
scan the QR code.



USPS.COM/PICKUP



PS10001000006

EP13F October 2023
OD: 12 1/2 x 9 1/2

This package is made from post-consumer waste. Please recycle - again.

Retail



RDC 07

U.S. POSTAGE PAID
PME
MIDLOTHIAN, VA 23112
SEP 19, 2025

24011

**$31.40**

S2324M501688-12

SS FIRMLY TO SEAL

## PRIORITY MAIL EXPRESS®



EI 419 262 636 US

NE ( 804 ) 433-9403
eston
anch Rd
23112

RECEIVED

SEP 22 2025

USPC Clerk's Office
Mail Room

check the "Signature Required" box if the mailer: 1)
itional insurance; OR 3) Purchases COD service; OR 4)
the Postal Service will leave the item in the addressee's
o obtain the addressee's signature on delivery.

s day)
fee, where available*)
availability.

(        )
K. Dillion
t Court
Virginia
N Room 540

om or call 800-222-1811.

ORNER




APER
OUCH

**PAYMENT BY ACCOUNT** (if applicable)

| USPS® Corporate Acct. No. | Federal Agency Acct. No. or Postal Service™ Acct. No. |
|---|---|

**ORIGIN (POSTAL SERVICE USE ONLY)**

| | | | | |
|---|---|---|---|---|
| PO ZIP Code | Scheduled Delivery Date (MM/DD/YY) | Postage | | |
| 23112 | 9/23/25 | $ 31.40 | | |

| Date Accepted (MM/DD/YY) | Scheduled Delivery Time | Insurance Fee | COD Fee |
|---|---|---|---|
| 9/19/25 | ☐ 6:00 PM | $ | $ |

| Time Accepted | | Return Receipt Fee | Live Animal Transportation Fee |
|---|---|---|---|
| 4:59 ☐ AM ☑ PM | | $ | $ |

| Special Handling/Fragile | Sunday/Holiday Premium Fee | Total Postage & Fees |
|---|---|---|
| $ | $ | 31.40 |

| Weight ☐ Flat Rate | Acceptance Employee Initials | |
|---|---|---|
| 3.20 lbs. ozs. | NL | $ |

☐ 1-Day  ☐ 2-Day  ☐ Military  ☐ DPO

**DELIVERY (POSTAL SERVICE USE ONLY)**

| Delivery Attempt (MM/DD/YY) | Time | Employee Signature |
|---|---|---|
| | ☐ AM ☐ PM | |
| Delivery Attempt (MM/DD/YY) | Time | Employee Signature |
| | ☐ AM ☐ PM | |

LABEL 11-B, MAY 2021          PSN 7690-02-000-9996

This packaging is the property of the U.S. Postal Service® and is provided solely for use in sending Priority Mail Express® shipments.
Misuses may be a violation of federal law. This package is not for resale. EP13F © U.S. Postal Service; October 2023; All rights reserved.






**UNITED STATES POSTAL SERVICE**



**PR**

**EX**



# FLAT RATE ENVELOPE
## ONE RATE ■ ANY WEIGHT

To schedule free Package Pickup,
scan the QR code.



USPS.COM/PICKUP

# VISIT US AT USPS.COM®
## ORDER FREE SUPPLIES ONLINE



PS10001000006

EP13F October 2023
OD: 12 1/2 x 9 1/2

G

For Domestic shipments, the maximum weight is 70 lbs

RIORITY
MAIL
XPRESS®

UARANTEED* ▪ TRACKED ▪ INSURED

r international shipments, the maximum weight is 20 lbs.

Mr. Pierce R. Fuston
4907 Parrish Branch Rd
Midlothian Va. 23112

Honorable E
United Stat
Western Dis
210 Franklin
Roanoke , Va

Elizabeth  K. Dillion
es District Court
trict of Virginia
Rd. SW, Room 540
24011