Pierre R. Preston
4907 Parrish Branch Rd.
Midlothian, Va. 23112

Honorable
United Sta
Western
210 Frank
Roanoke,

RECEIVED

SEP 2 4 2025

USDC Clerk's Office
Mail Room

Elizabeth K. Dillon

ıes) District Court

District of Virginia

in Road SW, Room 540

Va. 2 4011

# PRIORITY MAIL EXPRESS®

## FLAT RATE ENVELOPE

ONE RATE ■ ANY WEIGHT

1101

To schedule free Package Pickup,
scan the QR code.



USPS.COM/PICKUP



PS10001000006

This package is made from post-consumer waste. Please recycle - again.



**UNITED STATES POSTAL SERVICE**®

**CUSTOMER USE ONLY**

FROM: (PLEASE PRINT)          PHONE (     )

Pierre R. Preston
4907 Parrish Branch Rd
Midlothian  Va. 23112

**DELIVERY OPTIONS** (Customer Use Only)

☐ **SIGNATURE REQUIRED** *Note:* The mailer must check the "Signa
Requires the addressee's signature; OR 2) Purchases additional insurance; O
Purchases Return Receipt service. If the box is not checked, the Postal Service
mail receptacle or other secure location without attempting to obtain the addre
**Delivery Options**
☐ No Saturday Delivery (delivered next business day)
☐ Sunday/Holiday Delivery Required (additional fee, where avai
*Refer to USPS.com® or local Post Office™ for availability.

TO: (PLEASE PRINT)          PHONE (     )

Honorable Elizabeth K
United States District
Western District y Virg
210 Franklin Rd. SW. R
Roanoke Va. 24011

ZIP + 4® (U.S. ADDRESSES ONLY)

2 4 0 1 1 -

■ For pickup or USPS Tracking™, visit USPS.com or call
■ $100.00 insurance included.



◁ **PEEL FROM THIS CORN**

EP13F October 2023
OD: 12 1/2 x 9 1/2



# PRIORITY
# MAIL
# EXPRESS®



EI 4                    US

**RECEIVED**

SEP 24 2025

## USDC Clerk's Office
## Mail Room

| PAYMENT BY ACCOUNT (if applicable) | | |
| --- | --- | --- |
| USPS® Corporate Acct. No. | Federal Agency Acct. No. or Postal Service™ Acct. No. | |

**ORIGIN (POSTAL SERVICE USE ONLY)**

☐ 1-Day          ☐ 2-Day          ☐ Military          ☐ DPO

| PO ZIP Code | Scheduled Delivery Date (MM/DD/YY) | Postage |
| --- | --- | --- |
| 23112 | | $ 31 40 |
| Date Accepted (MM/DD/YY) | Scheduled Delivery Time | Insurance Fee |
| 9/22/25 | ☐ 6:00 PM | $ |
| Time Accepted | | Return Receipt Fee |
| 4:20 ☐ AM ☐ PM | | $ |

| | | COD Fee |
| --- | --- | --- |
| | | $ |
| | | Live Animal Transportation Fee |
| | | $ |

| Special Handling/Fragile | Sunday/Holiday Premium Fee | Total Postage & Fees |
| --- | --- | --- |
| $ | $ | 31 40 |
| Weight ☐ Flat Rate | Acceptance Employee Initials | |
| lbs.    ozs. | | $ |

**DELIVERY (POSTAL SERVICE USE ONLY)**

| Delivery Attempt (MM/DD/YY) | Time | Employee Signature |
| --- | --- | --- |
| | ☐ AM ☐ PM | |
| Delivery Attempt (MM/DD/YY) | Time | Employee Signature |
| | ☐ AM ☐ PM | |

LABEL 11-B, MAY 2021          PSN 7690-02-000-9996

ure Required" box if the mailer: 1)
R 3) Purchases COD service; OR 4)
will leave the item in the addressee's
see's signature on delivery.

able")

Dillon
ourt
nia
m 540

00-222-1811.

R

how2recycle.info

PER
UCH





**UNITED STATES POSTAL SERVICE®**

This packaging is the property of the U.S. Postal Service® and is provided solely for use in sending Priority Mail Express® shipments. Misuses may be a violation of federal law. This package is not for resale. EP13F  © U.S. Postal Service; October 2023; All rights reserved.



**UNITED STATES POSTAL SERVICE**®



# FLAT RATE ENVELOPE
ONE RATE ■ ANY WEIGHT

To schedule free Package Pickup,
scan the QR code.



USPS.COM/PICKUP

## VISIT US AT USPS.COM®
ORDER FREE SUPPLIES ONLINE



PS10001000006

EP13F October 2023
OD: 12 1/2 x 9 1/2

For Domestic shipments, the maximum weight is 70 lb

# PRIORITY
# MAIL
# EXPRESS®

# GUARANTEED* ▪TRACKED ▪ INSURED

s. For international shipments, the maximum weight is 20 lbs.