**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF VIRGINIA**
**DANVILLE DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | **Case No.:   4:21-CR-15** |
| **v.** | ) | |
| | ) | |
| **PIERRE RASHAD PRESTON** | ) | |

**UNITED STATES' RESPONSE TO**
**DEFENDANT'S MOTION FOR EMERGENCY RELIEF**

Defendant Pierre Rashad Preston filed two Emergency Motions for an Immediate Hearing and Compassionate Release. ECF Nos. 89 and 92. The substance of the Motions was that Preston alleges that the Bureau of Prisons staff failed to act with urgency. Motion, ECF No 92 at 1. Following a status conference on the matter held on September 29, 2025, undersigned counsel reached out to the Bureau of Prisons to obtain updated medical records for Preston. Attached as Exhibit A are Preston's Bureau of Prisons Medical records from July 11, 2025 to present.[1]

These records show multiple refusals by Preston to accept care at the Bureau of Prisons. These include the following:

On September 9, 2025, the records indicate: "Patient again today refused to see inhouse urology and to have his recommended cystoscopy completed because he wants to have it done at Duke." Exhibit A at 1.

On August 25, 2025, the records indicate: "Patient refused Cystoscopy procedure on 08.01.2025. Refusal form signed and on file. Procedure consult discontinued. Patient will return to sick call for further interventions." Exhibit A at 4.

---

[1] Preston, through counsel, previously filed medical records before this date in ECF No. 81 at Exhibit 1. Exhibit A is a continuation of those records.

On August 13, 2025, the records indicate: "MRI showed benign lipid rich adrenal adenoma on the right kidney. No immediate intervention needed at this time since the adenoma is benign and stable. Will order a one year CT scan follow up." Exhibit A at 6.

On August 1, 2025, the records indicate: "Patient presents to sign refusal for cystoscopy procedure today. Patient wishes to decline the procedure because he was not notified to be NPO the night before. Patient informed that despite this he could still go to the FMC and possibly proceed with the cystoscopy later today. Patient again refused the procedure also stating he's supposed to see offsite urology and not the urologist at the FMC. It was explained to the patient by medical staff that when a consultant (ER) makes a suggestion, it needs to be reviewed and processed by his medical team before moving forward. The patient was already being followed by inhouse urology for his chronic symptoms and was still being assessed by the onsite urologist hence the need for the cystoscopy and that unless there is an emergency, or something outside his scope the patient will proceed with onsite urology. With all questions answered patient signed the refusal for the cystoscopy." Exhibit A at 8.

On August 1, 2025, the records indicate: "Inmate reported to medical at 0715 to refuse his trip to the FMC. Inmate was asked what trip he was refusing and he said 'I don't know'. Inmate was told it is probably to see Urology, another inmate on the list sees Urology on Fridays. 'I ain't going. You don't understand everything that is going on. I'm not going. Type or write whatever you want and I will sign it but I am not going'. It was explained to Preston to go on the trip even if he wants to refuse so he can speak to the specialist himself face to face. 'If it's the guy with the glasses, I already talked to him'. It was told that he was on the trip list because the specialist put him on the schedule. Again, It was explained going to the FMC would help his situation today to

2

discuss it with the specialist rather than a nurse at the camp. He can convey issues, hesitations, concerns there. 'I was supposed to be seen outside of here'. Again, getting more stern and increasing his speaking voice, 'I'm not going'." Exhibit A at 11.

These records demonstrate the repeated attempts by the staff of the Bureau of Prisons to provide care for Mr. Preston. Consequently, they do not support his claim for immediate release.

Respectfully submitted,

Robert N. Tracci
Acting United States Attorney

/s/ Sean M. Welsh
Sean M. Welsh
VA Bar No. 89660
Assistant United States Attorney
United States Attorney's Office
255 West Main Street, Room 130
Charlottesville, VA 22902
Tel:  434.293.4283
Sean.Welsh@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on September 30, 2025, I filed a copy of the foregoing with the Clerk of Court using the CM/ECF system, which will send notice of such filing to all counsel of record.

By:    /s/ Sean M. Welsh
Sean M. Welsh
Assistant United States Attorney

3