**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF VIRGINIA**
**DANVILLE DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | **Case No.:   4:21-CR-15** |
| **v.** | ) | |
| | ) | |
| **PIERRE RASHAD PRESTON** | ) | |

### UNITED STATES' MOTION TO SEAL EXHIBIT

The United States filed a Response to Defendant's Emergency Motions. ECF No. 94. In the response, the United States attached Exhibit A, which included Preston's medical information. Because of the sensitivity and personal nature of this information, the United States respectfully requests that Exhibit A of ECF No. 94 be placed under seal for good cause.

Respectfully submitted,

Robert N. Tracci
Acting United States Attorney

/s/ Sean M. Welsh
Sean M. Welsh
VA Bar No. 89660
Assistant United States Attorney
United States Attorney's Office
255 West Main Street, Room 130
Charlottesville, VA 22902
Tel:   434.293.4283
Sean.Welsh@usdoj.gov

### CERTIFICATE OF SERVICE

I hereby certify that on September 30, 2025, I filed a copy of the foregoing with the Clerk of Court using the CM/ECF system, which will send notice of such filing to all counsel of record.

By:   /s/ Sean M. Welsh
Sean M. Welsh
Assistant United States Attorney