**IN THE UNITED STATES
DISTRICT COURT FOR
THE WESTERN
DISTRICT OF VIRGINIA
ROANOKE DIVISION**

**UNITED STATES OF AMERICA**

  **v.**                                                  **Case No: 4:21-CR 00015**

**PIERRE RASHAD PRESTON,**
  **Defendant.**

### MOTION TO SEAL EXHIBIT

Mr. Preston requests the Court consider an additional exhibit attached to his

reply to government's response. This exhibit supports his claim that he has an

extraordinary and compelling reason for early release.

He respectfully requests that the Court seal this exhibit as it contains private

medical information, which is confidential, and Mr. Preston's privacy interests

substantially outweigh the public's interest in accessing the exhibit.

Respectfully submitted,

PIERRE PRESTON
By Counsel

Asst. Federal Defender
Florida State Bar No. 0124667
Assistant Federal Public Defender
Office of the Federal Public Defender
 for the Western District of Virginia
210 First Street, SW, Suite 400
Roanoke, Virginia 24011

Telephone (540) 777-0891

1

## CM/ECF CERTIFICATE OF SERVICE

I certify that on September 30, 2025, a true copy of the foregoing was electronically filed with the clerk of the court using said court's CM/ECF electronic filing system and that to my knowledge and belief this document will be electronically sent to these individuals: counsel of record.

*Beatrice Diehl*

1