IN THE UNITED STATES DISTRICT COURT FOR
THE WESTERN DISTRICT OF VIRGINIA
DANVILLE DIVISION

UNITED STATES OF AMERICA ) 
                                )

v.                                )        Case No. 4:21-cr-00015

                                )

PIERRE RASHAD PRESTON       )

NOTICE OF APPEAL

The defendant, Pierre Rashad Preston, hereby gives notice that he appeals the order of this

Court, which was entered on October 24, 2025, to the United States Court of Appeals for the

Fourth Circuit.

Respectfully submitted,

Pierre Rashad Preston

By Counsel

Counsel:

*Beatrice F. Diehl*
Beatrice F. Diehl
Assistant Federal Public Defender
Office of the Federal Public Defender
     for the Western District of Virginia
210 First Street, Suite 400
Roanoke, Virginia 24011
(540) 777-0880

## CERTIFICATE OF SERVICE

I hereby certify that on the 28th day of October 2025, I served the foregoing Notice of Appeal upon Sean Welsh, Assistant United States Attorney by electronic filing and I caused the original thereof to be filed electronically with Laura A. Austin Clerk, United States District Court, 210 Franklin Road, S.W. Roanoke, VA 24011.

*Beatrice F. Diehl*
Beatrice F. Diehl