## APPEAL TRANSMITTAL SHEET (non-death penalty)

| Transmittal to 4CCA of notice of appeal filed: 10/28/25 | District: Western | District Case No.: 4:21cr15 |
|---|---|---|
| ✓ First NOA in Case<br><br>___ Subsequent NOA-same party<br><br>___ Subsequent NOA-new party<br><br>___ Subsequent NOA-cross appeal<br><br>___ Paper ROA ___ Paper Supp.<br><br>Vols: _____<br><br>Other: _____ | Division: Danville<br><br>Caption: USA v. Pierre Rashad Preston | 4CCA No(s). for any prior NOA:<br><br>4CCA Case Manager: |

**Exceptional Circumstances:** ___ Bail ___ Interlocutory ___ Recalcitrant Witness ___ Other _____

| Confinement-Criminal Case: | Fee Status: |
|---|---|
| ___ Death row-use DP Transmittal<br>___ Recalcitrant witness<br>✓ In custody<br>___ On bond<br>___ On probation<br><br>**Defendant Address-Criminal Case:**<br>FCI Butner, NC | ___ No fee required (USA appeal)  ___ Appeal fees paid in full  ✓ Fee not paid<br><br>**If the fee has not been paid, please check one of the following:**<br>**Criminal Cases:**<br>✓ Defendant proceeded under CJA in district court.<br>___ Defendant did not proceed under CJA in district court.<br>**Civil, Habeas & 2255 Cases:**<br>___ Court granted & did not revoke IFP status (continues on appeal)<br>___ Court granted IFP & later revoked status (must pay fee or apply to 4CCA)<br>___ Court never granted IFP status (must pay fee or apply to 4CCA)<br>**PLRA Cases:**<br>___ Proceeded PLRA in district court, no 3-strike determination (must apply to 4CCA)<br>___ Proceeded PLRA in district court, determined to be 3-striker (must apply to 4CCA) |

| **District Judge:** Elizabeth K. Dillon | |
|---|---|
| **Court Reporter** (list all):<br>K. Brown, FTR & Zoom<br>Sonia Ferris, OCR<br>Mary Butenschoen, OCR<br><br><br><br>**Coordinator:** Sherry Taylor | **Sealed Status** (check all that apply):<br>✓ Portions of record under seal<br>____ Entire record under seal<br>____ Party names under seal<br>____ Docket under seal |

| Record Status for Pro Se Appeals (check any applicable): | Record Status for Counseled Appeals (check any applicable): |
|---|---|
| ___ Assembled electronic record available upon request<br><br>___ Additional sealed record available upon request<br><br>___ Paper record or supplement available upon request<br><br>___ No in-court hearings held<br><br>___ In-court hearings held – all transcript on file<br><br>___ In-court hearings held – all transcript not on file<br><br>___ Other: | ✓ Assembled electronic record available upon request<br><br>___ Additional sealed record available upon request<br><br>___ Paper record or supplement available upon request<br><br>___ No in-court hearings held<br><br>___ In-court hearings held – all transcript on file<br><br>___ In-court hearings held – all transcript not on file<br><br>___ Other: |

Deputy Clerk: Danville Division     Phone: 434-793-7147     Date: 10/29/25

10/01/2024 LDJ/CD