FILED: October 30, 2025

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 25-6935
(4:21-cr-00015-EKD-1)

_____

UNITED STATES OF AMERICA

       Plaintiff - Appellee

v.

PIERRE RASHAD PRESTON

       Defendant - Appellant

---

This case has been opened on appeal.

| | |
|---|---|
| Originating Court | United States District Court for the Western District of Virginia at Danville |
| Originating Case Number | 4:21-cr-00015-EKD-1 |
| Date notice of appeal filed in originating court: | 10/28/2025 |
| Appellant(s) | Pierre Rashad Preston |
| Appellate Case Number | 25-6935 |
| Case Manager | K. Stump 804-916-2702 |