Pierre Preston
4907 Parrish Branch Rd
Midlothian, Va. 23112

United States
Office Of T
210 Franklin
Roanoke, Va.



Retail 494

UNITED STATES
POSTAL SERVICE®

24011

RDC 99

U.S. POSTAGE PAID
FCM LG ENV
MIDLOTHIAN, VA 23112
NOV 03, 2025

$1.63

S2324H504333-22

District Court
The Clerk
    Rd, RM 540
    24011

RECEIVED

NOV 06 2025

USDC Clerk's Office
Mail Room