Pierre Rashad Preston
4907 Parrish Branch Rd.
Midlothian, Va. 23112

**RECEIVED**

NOV 2 5 2025

USDC Clerk's Office
Mail Room



**UNITED STATES POSTAL SERVICE®** | **PRIORITY MAIL EXPRESS®**

CUSTOMER USE ONLY

FROM: (PLEASE PRINT)    PHONE ( ) 804 433 9403

Pierre Rashad Preston
4907 Parrish Branch rd
Midlothian VA 23112

DELIVERY OPTIONS (Customer Use Only)

☐ SIGNATURE REQUIRED Note: The mailer must check the "Signature Required" box if the mailer: 1) Requires the addressee's signature; OR 2) Purchases additional insurance; OR 3) Purchases COD service; OR 4) Purchases Return Receipt service. If the box is not checked, the Postal Service will leave the item in the addressee's mail receptacle or other secure location without attempting to obtain the addressee's signature on delivery.

**Delivery Options**

☐ No Saturday Delivery (delivered next business day)
☐ Sunday/Holiday Delivery Required (additional fee, where available*)
*Refer to USPS.com® or local Post Office™ for availability.

TO: (PLEASE PRINT)    PHONE ( ) _____

United States District Court
Office of the Clerk
210 Franklin rd  RM 540

ZIP + 4® (U.S. ADDRESSES ONLY)

2 4 0 1 1 - _ _ _ _

■ For pickup or USPS Tracking™, visit USPS.com or call 800-222-1811.
■ $100.00 insurance included.

 **PEEL FROM THIS CORNER**



*Retail*



**UNITED STATES POSTAL SERVICE** ®

24011

RDC 07

US POSTAGE PAID
PME
MIDLOTHIAN, VA 23112
NOV 22, 2025

**$32.85**

S2324W501732-06



EI 419 261 030 US

**PAYMENT BY ACCOUNT (if applicable)**

USPS® Corporate Acct. No.

Federal Agency Acct. No. or Postal Service™ Acct. No.

**ORIGIN (POSTAL SERVICE USE ONLY)**

| ☐ 1-Day | ☐ 2-Day | ☐ Military | ☐ DPO |
|---|---|---|---|

PO ZIP Code
23112

Scheduled Delivery Date (MM/DD/YY)

Postage
$ 32.85

Date Accepted (MM/DD/YY)
11/22/25

Scheduled Delivery Time
☐ 6:00 PM

Insurance Fee
$

COD Fee
$

Time Accepted
11:47
☐ AM
☐ PM

Return Receipt Fee
$

Live Animal Transportation Fee
$

Special Handling/Fragile
$

Sunday/Holiday Premium Fee
$

Total Postage & Fees
32.85

Weight ☐ Flat Rate
lbs. ozs.

Acceptance Employee Initials

$

**DELIVERY (POSTAL SERVICE USE ONLY)**

Delivery Attempt (MM/DD/YY) | Time ☐ AM ☐ PM | Employee Signature

Delivery Attempt (MM/DD/YY) | Time ☐ AM ☐ PM | Employee Signature

LABEL 11-B, MAY 2021     PSN 7690-02-000-9996